JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00160 PJH |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MARCH 10, 2010, TO MARCH 31, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| JAVIER NAVARRETE-MANRIQUEZ, | |
| Defendant. | |

     Defendant Javier Navarrete-Manriquez was arraigned on the indictment before the Court on March 10, 2010.  At that time counsel for the defendant was presented with discovery materials and indicated he would need time both to review them and to meet with his client.  The Court set an appearance date of March 31, 2010, for status and trial setting before the Hon. Phyllis J. Hamilton.  The Court then ordered that time should be excluded from the Speedy Trial Act calculation from March 10, 2010, through March 31, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from March 10, 2010, through March 31, 2010.

[*United States* v. *Navarrete-Manriquez*, CR 10-00160-PJH]
[Order Excluding Time]

1  The parties agreed, and the Court found and held, as follows:

2      1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that
3  defense counsel would have time to meet with his client and review newly-produced discovery,
4  taking into account the exercise of due diligence.

5      2.    Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from March 10, 2010, to March 31, 2010, from Speedy Trial Act
7  calculations outweighs the interests of the public and the defendant in a speedy trial by allowing
8  time for the defense to effectively prepare the case, in accordance with 18 U.S.C. §
9  3161(h)(7)(A) and (B).

10     3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the
11 period from March 10, 2010, to March 31, 2010, be excluded from Speedy Trial Act
12 calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

14     IT IS SO ORDERED.

16 DATED: 3/26/10

    HON.
    United States District Judge
    *IT IS SO ORDERED*
    Judge Phyllis J. Hamilton

[*United States* v. *Navarrete-Manriquez*, CR 10-00160-PJH]
[Order Excluding Time]